UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Mark G. Carusillo, Esq.
2050 Fairfax Avenue, Suite B
Cherry Hill, NJ 08003
(856) 267-5325
Attorney for Debtor, Timi W. Morak

In Re:
Timi W. Morak

**Order Filed on March 9, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 18-31403

Chapter: 13

Judge: J. Sherwood

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 9, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on  12/10/2018  :

Property:  572 N. Maple Avenue, East Orange, NJ 07017

Creditor:  Bayview Loan Servicing

and a Request for

[X] Extension of the Loss Mitigation Period having been filed by  Counsel for Debtor , and for good cause shown,

[ ] Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

[X] The Loss Mitigation Period is extended up to and including  5/2/2020 .

[ ] The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*